UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JAMES A. BROWNING,                              Civil No. 10-0603 (JRT/JJK)

                        Plaintiff,

v.

ARA SHOES, INC.,                                **ORDER FOR DISMISSAL**

                        Defendant.

_____

D. Clay Taylor and Josiah Fricton, **THE LAW OFFICE OF D CLAY TAYLOR**, 1300 Nicollet Mall, Suite 5002, Minneapolis, MN 55403, for plaintiff.

Daniel Cragg and Trevor Oliver, **KELLY & LEMMONS, PA**, 7300 Hudson Boulevard, Suite 200, St. Paul, MN 55128, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on July 13, 2010 [Docket No. 18].

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED, with PREJUDICE**, and on the merits. Each party shall bear their own costs, and disbursements, expenses and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 14, 2010
at Minneapolis, Minnesota.                    s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                              United States District Judge